Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE THOMAS O. RICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Estate of BLAIR AUSTIN NELSON, deceased, by and through PAUL NELSON individually and as Personal Representative,<br>　　　　　　　Plaintiff,<br>　v.<br>CHELAN COUNTY, Washington, a municipal corporation; d/b/a CHELAN COUNTY REGIONAL JUSTICE CENTER; CHRISTOPHER SHARP; and KAMI ALDRICH, L.P.N.,<br>　　　　　　　Defendants. | **NO. 2:22-cv-00308-TOR**<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES**<br><br>**(Clerk's Action Required)** |

TO:         ALL PARTIES AND THEIR COUNSEL
AND TO:     THE CLERK OF THE COURT

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES - Page 1

Carlson & McMahon, PLLC
715 Washington St.
Wenatchee, WA 98807-2965
Ph: 509-662-6131

COME NOW the Parties, by and through their respective attorneys of record, and hereby stipulate that on April 24, 2024, the above-captioned matter was successfully mediated to an agreed resolution. The Parties agree that the matter may be removed from the Court's trial calendar.

The Parties anticipate that within the next two weeks a Proposed Stipulation and Order of Dismissal with Prejudice will be filed.

Respectfully submitted this 29th day of APRIL, 2024.

| | |
|---|---|
| DATED: April 29, 2024. | DATED: April 29, 2024. |
| CARLSON & MCMAHON, PLLC | CONNELLY LAW OFFICES, PLLC |
| By:   s/ Patrick McMahon<br>       PATRICK MCMAHON<br>       WSBA #18809<br>       Attorney for Defendants | BY:   s/ Jackson Pahlke<br>       JACKSON PAHLKE<br>       WSBA #52812<br>       Attorney for Plaintiff |
| | BY:   s/ Nathan Paul Roberts<br>       NATHAN PAUL ROBERTS<br>       WSBA #40457<br>       Attorney for Plaintiff |

WCRP05-002540\PLE\NTC SETTLEMENT OF ALL CLAIMS-042924

**CERTIFICATION OF SERVICE**

I declare under penalty of perjury under the laws of the State of Washington that on April 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

Nathan P. Roberts nroberts@connelly-law.com

Jackson R. Pahlke jpahlke@connelly-law.com

And I certify that I have mailed by United States Postal Service (and Electronic Mail) the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on April 29, 2024.

      /s/ Patrick McMahon
PATRICK MCMAHON, WSBA #18809

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES - Page 3

Carlson & McMahon, PLLC
715 Washington St.
Wenatchee, WA 98807-2965
Ph: 509-662-6131